ACCEPTED
15-24-00017-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/5/2025 4:38 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00017-CV

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/5/2025 4:38:06 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT OF TEXAS

ALL STAR IMPORTS, INC. d/b/a
WORLD CAR MAZDA NORTH,

*Appellant/Cross-Appellee,*

v.

MAZDA MOTOR OF AMERICA, INC.,

*Appellee/Cross-Appellant,*

v.

BOARD OF TEXAS DEPARTMENT OF MOTOR VEHICLES,

*Appellee/Cross-Appellee.*

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND ADDRESS

TO THE CLERK AND ALL PARTIES:

Pursuant to Texas Rule of Appellate Procedure 38.1, please take notice that Jeffrey L. Oldham, counsel for Appellant/Cross-Appellee All Star Imports, Inc. d/b/a World Car Mazda North, is now affiliated with Jackson Walker L.L.P. and has the following new contact information:

Jeffrey L. Oldham
Jackson Walker L.L.P.
joldham@jw.com

100 Congress, Ste. 1100
Austin, Texas 78701
(512) 236-2232
(512) 236-2002 (fax)

Mr. Oldham will continue to represent World Car Mazda North, along with Jarod R. Stewart and Austin Kreitz of Steptoe LLP, and should continue to receive service and notice of all documents filed or served.

Respectfully submitted,

/s/ Jeffrey L. Oldham
Jeffrey L. Oldham
State Bar No. 24051132
joldham@jw.com
JACKSON WALKER L.L.P.
100 Congress, Ste. 1100
Austin, Texas 78701
(512) 236-2232
(512) 236-2002 (fax)

Jarod R. Stewart
State Bar No. 24066147
jstewart@steptoe.com
Austin Kreitz
State Bar No. 24102044
akreitz@steptoe.com
STEPTOE LLP
717 Texas Avenue, Ste. 2800
Houston, Texas 77002
(713) 221-2300
(713) 221-2320 (fax)

*Counsel for All Star Imports, Inc.*
*d/b/a World Car Mazda North*

**CERTIFICATE OF SERVICE**

I certify that on August 5, 2025, a copy of the foregoing was served in accordance with Tex. R. App. P. 9.5 on counsel of record listed below:

Brit T. Brown
brit.brown@akerman.com
Benjamin A. Escobar, Jr.
benjamin.escobar@akerman.com
AKERMAN LLP
1300 Post Oak Blvd., Suite 2300
Houston, Texas 77056
(713) 623-0887

Jeff Nobles
jeff.nobles@jeffnobleslaw.com
JEFF NOBLES LAW PLLC
232 Diamondback Drive
Georgetown, Texas 77628
(737) 304-1625

*Counsel for Mazda Motor of America, Inc.*

Ken Paxton, Attorney General
Brent Webster
Ralph Molina
James Lloyd
Ernest C. Garcia
Kathy Johnson
kathy.johnson@oag.texas.gov
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Capitol Station
Austin, Texas 78711
(512) 475-4164

*Counsel for Board of the Texas Department of Motor Vehicles*

/s/ *Jeffrey L. Oldham*
Jeffrey L. Oldham

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Yvonne Ferrari on behalf of Jeff Oldham
Bar No. 24051132
yferrari@jw.com
Envelope ID: 104010341
Filing Code Description: Other Document
Filing Description: Other Document
Status as of 8/5/2025 4:43 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Benjamin AEscobar | | benjamin.escobar@akerman.com | 8/5/2025 4:38:06 PM | SENT |
| Brit T.Brown | | brit.brown@akerman.com | 8/5/2025 4:38:06 PM | SENT |
| Neila Olvera | | neila.olvera@akerman.com | 8/5/2025 4:38:06 PM | SENT |
| Jeffery Nobles | 15053050 | jeff.nobles@gmail.com | 8/5/2025 4:38:06 PM | SENT |
| Jeffrey Oldham | 24051132 | joldham@jw.com | 8/5/2025 4:38:06 PM | SENT |
| Walter Simons | 24098429 | walter.simons@bracewell.com | 8/5/2025 4:38:06 PM | SENT |
| Jarod Stewart | 24066147 | jstewart@steptoe.com | 8/5/2025 4:38:06 PM | SENT |
| Austin Kreitz | 24102044 | akreitz@steptoe.com | 8/5/2025 4:38:06 PM | SENT |
| Katherine Johnson | 24126964 | kathy.johnson@oag.texas.gov | 8/5/2025 4:38:06 PM | SENT |
| Terri Patton | | terri.patton@bracewell.com | 8/5/2025 4:38:06 PM | SENT |
| Christina Ramos | | cramos@steptoe.com | 8/5/2025 4:38:06 PM | SENT |
| Sallie Woodell | | swoodell@steptoe.com | 8/5/2025 4:38:06 PM | SENT |

Associated Case Party: Mazda Motor of North America, Inc. a/k/a Mazda Motor of America, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jeff Nobles | | jeff.nobles@jeffnobleslaw.com | 8/5/2025 4:38:06 PM | SENT |

Associated Case Party: Board of the Texas Department of Motor Vehicles

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christian Young | | christian.young@oag.texas.gov | 8/5/2025 4:38:06 PM | SENT |
| Kathy Johnson | | Kathy.Johnson@oag.texas.gov | 8/5/2025 4:38:06 PM | SENT |